# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 2, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jul 03, 2024
KELLY L. STEPHENS, Clerk

    Re:  Kenneth Jackson, Jr.
           v. United States
           No. 23-7845
           (Your No. 22-3958)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 28, 2024 and placed on the docket July 2, 2024 as No. 23-7845.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Lisa Nesbitt
           Case Analyst