UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH J. JACKSON, JR.,

    Defendant - Appellant.

**FILED**
Aug 20, 2025
KELLY L. STEPHENS, Clerk

Before: BATCHELDER, MOORE, and BUSH, Circuit Judges.

# ORDER

On Remand from the United States Supreme Court

On December 21, 2023, we affirmed the district court's judgment of November 9, 2021.

On June 30, 2025, the United States Supreme Court issued an order vacating this court's judgment and remanding the case for further consideration in light of *Hewitt v. United States*, 606 U.S. ___ (2025).

In light of the Supreme Court's ruling, we now **VACATE** the district court's judgment and **REMAND** the case to the district court for further proceedings.

                                  **ENTERED BY ORDER OF THE COURT**

                                  Kelly L. Stephens, Clerk